C. Paul Davis, Principal Attorney, Munger & Davis, Huntsville, AL, for Plaintiff–Appellant.

Gary J. Dernelle, Principal Attorney, Bryant G. Snee, David M. Cohen, of Counsel, Department of Justice, Washington, DC, Kevin K. Robitaille, Gregory B. Coe, of Counsel, Department of the Army, Arlington, VA, for Defendant–Appellee.

Before MAYER, Chief Judge, LOURIE and LINN, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDER and ADJUDGED:

**AVENUE A., INC., (now known as aQuantive, Inc.), Plaintiff–Appellee,**

v.

**24/7 MEDIA, INC. (now known as 24/7 Real Media, Inc.), Defendant–Appellant.**

No. 03–1560.

United States Court of Appeals, Federal Circuit.

March 8, 2004.

Before MAYER, Chief Judge, LOURIE and LINN, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDER and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.